UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
DEMBA SANYANG and FATOU
DARBO-SANYANG,

              Plaintiffs,

        - against -

EDDIE LEROY DAVIS JR and ELD DRIVER
SERVICE LLC,

              Defendants.
---------------------------------X

**O R D E R**

20 Civ. 3544 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on July 22, 2019, plaintiffs filed their complaint in the Supreme Court of the State of New York for Bronx County; and

    **WHEREAS** defendants filed a notice of removal in this Court on May 6, 2020; and

    **WHEREAS** on June 8, 2020, plaintiffs filed a motion to remand the action to the Supreme Court of the State of New York for Bronx County on the ground that defendants' removal was untimely; and

    **WHEREAS** defendants filed a letter on July 1, 2020 consenting to the remand of this case and requesting, with plaintiffs' consent, that the Court deem their notice of removal withdrawn; it is hereby

    **ORDERED** that this case be remanded to the Supreme Court of the State of New York for Bronx County.

DATED:    New York, New York
           July 2, 2020

                    NAOMI REICE BUCHWALD
                    UNITED STATES DISTRICT JUDGE